UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVEN G. NEWMAN, EXECUTOR UNDER THE WILL OF MICHAEL GREEN, DECEASED

Plaintiff,

v.

GENERAL MOTORS CORPORATION,

Defendant.

Civil Action No. 02-135 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons discussed in the opinion filed herewith, it is on this 31st day of December, 2008, hereby

**ORDERED** that plaintiff's motion to strike the Certification of Jamie S. Gorelick [D.E. # 142], submitted in support of defendant's motion to seal, is **DENIED**; and it is further

**ORDERED** that the order of Magistrate Judge Patty Shwartz [D.E. # 126] is **AFFIRMED**; and it is further

**ORDERED** that, absent the filing of a timely notice of appeal, no later than January 15, 2009, defendant shall, pursuant to Judge Shwartz's order [D.E. # 126], provide the plaintiff transcripts, redacting only the information set forth in Table A; and it is further

**ORDERED** that, absent the filing of a timely notice of appeal, no later than January 15, 2009, defendant shall provide the plaintiff unredacted versions of the opinions appearing at docket entry # 60 and docket entry # 89; and it is further

**ORDERED** that, absent the filing of a timely notice of appeal, on January 16, 2009, the Clerk of the Court shall unseal the unredacted opinions appearing at docket entry # 60 and docket entry # 89.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE
